UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ANGEL LOPEZ,

                         Plaintiffs,

- against -

DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC., VERIZON NEW YORK, INC., TULLY INDUSTRIES, HILLMAN ENVIRONMENTAL GROUP, LLC.,

                         Defendants.

21 MC 102 (AKH)

DOCKET NO.

**08-CV-01643**

**JUDGE HELLERSTEIN**

**AFFIDAVIT OF SERVICE**

    I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

    On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Deutsche Bank Trust Company Americas, by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

                        CT Corporation System
                        111 Eighth Avenue, 13th Floor
                        New York, New York 10011

                                              Anna Tse

Sworn to before me on this
    day of June, 2008

                       BEATRIZ DOLORES ARANA
                       Notary Public, State of New York
                            No. 01AR6132940
                         Qualified in Queens County
                   Commission Expires August 29, 20__