UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| ANGEL LOPEZ,<br><br>Plaintiffs,<br><br>- against -<br><br>DEUTSCHE BANK TRUST COMPANY AMERICAS, TULLY CONTSRUCTION CO., INC., VERIZON NEW YORK, INC. ,TULLY INDUSTRIES, HILLMAN ENVIRONMENTAL GROUP, LLC.,<br><br>Defendants. | DOCKET NO.<br><br>08-CV-01643<br><br>JUDGE HELLERSTEIN<br><br>AFFIDAVIT OF SERVICE |

I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

On May 23, 2008, I served the within copy of Summons & Complaint by personally serving a true copy of the same upon the Defendant, Verizon, New York, Inc., by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Anna Tse

Sworn to before me on this
day of June, 2008

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20__