UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

ANGEL LOPEZ,

                                    Plaintiffs,

                    - against -

DEUTSCHE BANK TRUST COMPANY AMERICAS,
TULLY CONTSRUCTION CO., INC., VERIZON NEW
YORK, INC. ,TULLY INDUSTRIES, HILLMAN
ENVIRONMENTAL GROUP, LLC.,

                                    Defendants.

**21 MC 102 (AKH)**

**DOCKET NO.**

**08-CV-01643**

**JUDGE HELLERSTEIN**

**AFFIDAVIT OF
SERVICE**

        I, Anna Tse, being duly sworn, deposes and says: I am not a party to the within
action, am over the age of eighteen (18) years old, and reside in Brooklyn, New York.

        On May 23, 2008, I served the within copy of Summons & Complaint by
personally serving a true copy of the same upon the Defendant, Verizon, New York, Inc.,
by its designated agent, CT Corporation System, more specifically, Nora Dindyal, at:

                CT Corporation System
                111 Eighth Avenue, 13th Floor
                New York, New York 10011

                                    _____
                                    Anna Tse

Sworn to before me on this
| day of June, 2008

                BEATRIZ DOLORES ARANA
                Notary Public, State of New York
                No. 01AR6132940
                Qualified in Queens County
                Commission Expires August 29, 20__ _7