***** AFFIDAVIT OF SERVICE *****  06/13/2008

SHERIFFS NUMBER: S08003859
TYPE OF SERVICE...

DEFENDANT SEQUENCE 1 OF 1
Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **PATRICK HORA**

AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004-1617 | 1903<br>CONTROL # 21708 | 28.00 |

### COURT DATA
ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:    STATE: NY    COUNTY OF VENUE: Southern District
COURT DOCKET #: 08CV01643    CAPTION OF CASE
NAME:           ANGEL LOPEZ
         VS    HILLMAN ENVIORMENTAL GROUP, LLC,

DEFENDANT OR NAMED WITHIN TO BE SERVED
NAME:     HILLMAN ENVIORMENTAL GROUP, LLC,
ADDRESS:  1600 ROUTE 22 EAST
          UNION, NJ 07083

### PAPERS SERVED
SUMMONS, VERIFIED COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

### SERVICE DATA RECORDED

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE    NUMBER OF ATTEMPTS ____
DATE: 6/17/08  TIME: 1136
REMARKS:

☐ PERSONALLY DELIVERED   ☐ OFFICER   ☐ MANAGING AGENT   ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER   ☒ AGENT AUTHORIZED TO ACCEPT
                                              ☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY
PERSON SERVED: TAMMY L. LOMAX - ADMINISTAATIVE ASST.
(TITLE/RELATIONSHIP)

SEX:    ☐ MALE  ☒ FEMALE
SKIN:   ☐ WHITE ☐ BLACK ☐ YELLOW ☒ BROWN ☐ RED
HEIGHT: ☐ UNDER 5 FT. ☐ 5.0 - 5.6 FT. ☒ 5.7 - 6.0 FT. ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS. ☒ 100 - 150 LBS. ☐ 151 - 200 LBS. ☐ OVER 200 LBS.
HAIR:   ☐ BLACK ☒ BROWN ☐ BLOND ☐ GRAY ☐ RED ☐ WHITE ☐ BALDING
AGE:    ☐ 14 - 20 ☒ 21 - 35 ☐ 36 - 50 ☐ 51 - 65 ☐ OVER 65

SWORN TO AND SUBSCRIBED    FRANCES DIDONATO
BEFORE ME ON               NOTARY PUBLIC OF NEW JERSEY
                           My Commission Expires Dec. 31, 2009

SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY